DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHELINE BAPTISTE,**
Appellant,

v.

**DR. SHRUSAN GRAY,**
Appellee.

No. 4D17-698

[October 26, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE-16-000044 (03).

Micheline Baptiste, North Miami Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***